# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LINDSAY P.,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:22-cv-4448 |
| v. : | |
| : | Chief Judge Algenon L. Marbley |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | Magistrate Judge Elizabeth P. Deavers |
| : | |
| Defendant. : | |

## ORDER

This matter is before this Court on the parties' Joint Stipulation for Remand. (ECF No. 9). The parties ask this Court to remand the matter to the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g), for a complete reevaluation. (*Id.*).

For good cause shown, this matter is **REMANDED** back to the Commissioner of Social Security for further administrative proceedings pursuant to 42 U.S.C. § 405(g). On remand, this Court **ORDERS** that the claim be reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing.

IT IS SO ORDERED.

*[signature]*
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**Dated: April 4, 2023**